612

ary 25, 1983. Joseph J. Gale, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

467 A.2d 59

Commonwealth v. Martray, Appellant.
Petition for Allowance of Appeal
Denied Feb. 27, 1984.

 Submitted March 30, 1983. Anthony S. Dedola, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Affirmed.

BROSKY, J. filed a memorandum concurring statement.

467 A.2d 60

Commonwealth v. Miller, Appellant.
Petition for Allowance of Appeal
Denied Feb. 8, 1984.

Submitted January 26, 1983. Richard Keith Renn, Assistant Public Defender, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

467 A.2d 60

Commonwealth v. Miller, Appellant.

Submitted March 24, 1983. Marilyn C. Zilli, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

467 A.2d 60

Commonwealth v. Noyes, Appellant.

Argued January 26, 1983. Thomas Bowles Steiger, Jr., for